UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 15-cr-20457
                                              Hon. Matthew F. Leitman

v.

D2, KIARA HOBBS,

       Defendant.
_____/

## ORDER MODIFYING CONDITIONS OF DEFENDANT'S BOND

As stated on the record on April 19, 2016, IT IS HEREBY ORDERED THAT the conditions of Defendant's bond are MODIFIED as follows:

1. Defendant shall participate in a mental health evaluation/treatment as directed by Pretrial Services.

2. Defendant shall refrain from the use of any alcohol.

3. All other conditions of Defendant's bond remain in place.

4. Defendant shall strictly comply with all conditions of bond.

**IT IS SO ORDERED.**

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  April 25, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 25, 2016, by electronic means and/or ordinary mail.

                                                     s/Holly A. Monda
                                                     Case Manager
                                                     (313) 234-5113